UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

___JUNIOR ET AL_____
         Plaintiff

V.

         ___WELLS FARGO BANK, N.A._____
         Defendant

CIVIL ACTION

NO. _17cv10460-RGS_____

## ORDER OF DISMISSAL

___STEARNS, D.J.,_____,

In accordance with the Court's allowance of the defendant's motion to dismiss on _____3/30/17_____, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

___3/30/17_____         ___/s/ Elaine Flaherty_____
Date                              Deputy Clerk